Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:  (503) 323-9000
Facsimile:  (503) 323-9019

Attorneys for Defendant Credence Resource Management, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GUSTAVO REYNAGA BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>WAYPOINT RESOURCE GROUP, LLC d/b/a PRINCE PARKER & ASSOCIATES, CREDENCE RESOURCE MANAGEMENT, LLC, AT&T MOBILITY LLC.,<br><br>Defendants. | Case No. 3:25-cv-00496-AN<br><br>**DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT** |

Defendant Credence Resource Management, LLC ("CRM") hereby answers the operative Second Amended Complaint (the "Complaint") of Plaintiff Gustavo Reynaga Bonilla ("Plaintiff") as follows.[1]

1. Answering Paragraph 1 of the Complaint, CRM denies it violated any laws.

2. Answering Paragraph 2 of the Complaint, CRM denies it violated any laws, and further denies that CRM's conduct caused Plaintiff any harm in this matter.

---

[1] The Complaint's headings are intentionally omitted and should be considered denied.

Page 1 -  **DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT**

3.      Answering Paragraph 3 of the Complaint, CRM denies it violated any laws, and further denies that CRM's conduct caused Plaintiff any harm in this matter. As a further response, the allegations in this paragraph are unintelligible as to CRM, and therefore, CRM denies the allegations in this paragraph in their entirety.

4.      Answering Paragraph 4 of the Complaint, CRM denies it violated any laws, and further denies that CRM's conduct caused Plaintiff any harm in this matter.

5.      Answering Paragraph 5 of the Complaint, CRM does not contest jurisdiction in this matter.

6.      Answering Paragraph 6 of the Complaint, CRM does not contest venue in this matter. As a further response, CRM denies it violated any laws.

7.      Answering Paragraph 7 of the Complaint, CRM lacks sufficient information or knowledge to respond to the allegations in this Paragraph, and on that basis, the allegations in this Paragraph are denied.

8.      Answering Paragraph 8 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

9.      Answering Paragraph 9 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

10.     Answering Paragraph 10 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

9.      Answering Paragraph 9[2] of the Complaint, CRM only admits that it is a financial institution which engages in the business of debt collection, including in the State of Oregon. Except as expressly stated herein, the remainder of the allegations in this paragraph are denied.

---

[2] The Complaint contains numerous typos, including misnumbering of paragraphs. To maintain consistency with the Complaint, CRM follows Plaintiff's paragraph numbering exactly as they appear in the Complaint.

Page 2 -   **DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT**

10. Answering Paragraph 10 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

11. Answering Paragraph 11 of the Complaint, the allegations in this paragraph fail to identify the intended "Defendant," and on that basis, the allegations in this paragraph are denied in their entirety as to CRM.

12. Answering Paragraph 12 of the Complaint, the allegations in this paragraph fail to identify the intended "Defendant," and on that basis, the allegations in this paragraph are denied in their entirety as to CRM.

13. Answering Paragraph 13 of the Complaint, the allegations in this paragraph fail to identify the intended "Defendant," and on that basis, the allegations in this paragraph are denied in their entirety as to CRM.

14. Answering Paragraph 14 of the Complaint, the allegations in this paragraph fail to identify the intended "Defendant," and on that basis, the allegations in this paragraph are denied in their entirety as to CRM.

15. Answering Paragraph 15 of the Complaint, the allegations in this paragraph fail to identify the intended "Defendant," and on that basis, the allegations in this paragraph are denied in their entirety as to CRM.

16. Answering Paragraph 16 of the Complaint, the allegations in this paragraph fail to identify the intended "Defendant," and on that basis, the allegations in this paragraph are denied in their entirety as to CRM.

17. Answering Paragraph 17 of the Complaint, the allegations in this paragraph fail to identify the intended "Defendant," and on that basis, the allegations in this paragraph are denied in their entirety as to CRM.

Page 3 -   DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER
AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

18.	Answering Paragraph 18 of the Complaint, the allegations in this paragraph fail to identify the intended "Defendant," and on that basis, the allegations in this paragraph are denied in their entirety as to CRM.

19.	Answering Paragraph 19 of the Complaint, the allegations in this paragraph fail to identify the intended "Defendant," and on that basis, the allegations in this paragraph are denied in their entirety as to CRM.

20.	Answering Paragraph 20 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

21.	Answering Paragraph 21 of the Complaint, the allegations in this paragraph fail to identify the intended "Defendant," and on that basis, the allegations in this paragraph are denied in their entirety as to CRM.

22.	Answering Paragraph 22 of the Complaint, CRM only admits that it received a dispute and debt validation request from Plaintiff, but denies that CRM did not properly and lawfully respond to Plaintiff. As a further response, CRM denies it engaged in any wrongdoing in connection with the subject account. Except as expressly stated herein, the remainder of the allegations in this paragraph are denied.

23.	Answering Paragraph 23 of the Complaint, CRM only admits that the subject account was assigned to CRM for collections. As a further response, CRM denies it engaged in any wrongdoing in connection with the subject account. Except as expressly stated herein, the remainder of the allegations in this paragraph are denied.

24.	Answering Paragraph 24 of the Complaint, denied.

25.	Answering Paragraph 25 of the Complaint, CRM denies it violated any laws, and further denies that CRM's conduct caused Plaintiff any harm in this matter.

26.	Answering Paragraph 26 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

Page 4 -	DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER
		AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

27. Answering Paragraph 27 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

28. Answering Paragraph 28 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

29. Answering Paragraph 29 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

30. Answering Paragraph 30 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

31. Answering Paragraph 31 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

32. Answering Paragraph 32 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

33. Answering Paragraph 33 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

34. Answering Paragraph 34 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

35. Answering Paragraph 35 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

36. Answering Paragraph 36 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

37. Answering Paragraph 37 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

38. Answering Paragraph 38 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

Page 5 -   DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER
             AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

39. Answering Paragraph 39 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

40. Answering Paragraph 40 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

41. Answering Paragraph 41 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

42. Answering Paragraph 42 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

43. Answering Paragraph 43 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

44. Answering Paragraph 44 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

45. Answering Paragraph 45 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

46. Answering Paragraph 46 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

47. Answering Paragraph 47 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

48. Answering Paragraph 48 and subparts (a)-(c) of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

49. Answering Paragraph 49 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

Page 6 -   DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER
AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

50.     Answering Paragraph 50 and subparts (a)-(c) of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

51.     Answering Paragraph 51 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

52.     Answering Paragraph 52 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

53.     Answering Paragraph 53 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

54.     Answering Paragraph 54 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

55.     Answering Paragraph 55 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

56.     Answering Paragraph 56 of the Complaint, denied.

57.     Answering Paragraph 57 of the Complaint, CRM denies it violated any laws, and further denies that Plaintiff is entitled to any relief from CRM in this matter.

58.     Answering Paragraph 58 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

59.     Answering Paragraph 59 of the Complaint, denied.

60.     Answering Paragraph 60 of the Complaint, CRM denies it violated any laws, and further denies that Plaintiff is entitled to any relief from CRM in this matter.

61.     Answering Paragraph 61 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

62.     Answering Paragraph 62 of the Complaint, denied.

Page 7 -  **DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

63. Answering Paragraph 63 of the Complaint, CRM denies it violated any laws, and further denies that Plaintiff is entitled to any relief from CRM in this matter.

64. Answering Paragraph 64 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

65. Answering Paragraph 65 of the Complaint, denied.

66. Answering Paragraph 66 of the Complaint, CRM denies it violated any laws, and further denies that Plaintiff is entitled to any relief from CRM in this matter.

67. Answering Paragraph 67 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

68. Answering Paragraph 68 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

69. Answering Paragraph 69 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

70. Answering Paragraph 70 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

71. Answering Paragraph 71 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

72. Answering Paragraph 72 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

73. Answering Paragraph 73 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

74. Answering Paragraph 74 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

75. Answering Paragraph 75 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

Page 8 -   DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER
AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

76. Answering Paragraph 76 of the Complaint, CRM incorporates its responses to Paragraphs 1-25 as if they were fully set-forth herein.

77. Answering Paragraph 77 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

78. Answering Paragraph 78 of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

79. Answering Paragraph 79 and its unnumbered subparts of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

80. Answering Paragraph 80 and its unnumbered subparts of the Complaint, CRM denies it violated any laws, and further denies that Plaintiff is entitled to any relief from CRM in this matter.

81. Answering Paragraph 81 and its unnumbered subparts of the Complaint, the allegations in this paragraph do not pertain to CRM, and on that basis, the allegations in this paragraph are denied as to CRM.

82. Answering Paragraph 82 of the Complaint, CRM denies it violated any laws, and further denies that Plaintiff is entitled to any relief from CRM in this matter.

**Answer to Prayer for Relief:**

CRM denies it violated any laws, and further denies that Plaintiff is entitled to any relief from CRM in this matter.

83. Answering Paragraph 83 of the Complaint, CRM only acknowledges that Plaintiff seeks a jury trial, but denies the remaining allegations in this paragraph.

84. Answering Paragraph 84 of the Complaint, denied as to CRM.

Page 9 -   DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER
AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

**Answer to "EXHIBITS":**

85.     While the Complaint asserts that certain exhibits are attached to the Complaint, none are actually attached to the Complaint.  Instead, the Complaint attaches certain discovery requests to the defendants in this case.  To the extent Plaintiff intended to include exhibits along with this Complaint, CRM objects to them in their entirety.

**Answer to Conclusion:**

86.     CRM denies it violated any laws, and further denies that CRM's conduct caused Plaintiff any harm in this matter.

**AFFIRMATIVE DEFENSE**

**First Affirmative Defense**

87.     The alleged acts or omissions of CRM that give rise to Plaintiff's claims are the result of innocent mistake and/or bona fide error despite CRM's implementation and maintenance of reasonable procedures adapted to avoid such errors.  Specifically, CRM asserts that it maintains policies and procedures to comply with all applicable debt collection laws, and further ensures that CRM engages in lawful debt collection practices, including acknowledging debt disputes and timely responding to debt validation requests.  Therefore, CRM alleges that it engaged in lawful debt collection practices in connection with its debt collection efforts in this matter, but to the extent CRM's acts or omissions were made in error, they were a result of innocent mistake and/or bona fide error.

///

///

///

///

///

///

Page 10 -  DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER
           AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

WHEREFORE, CRM prays for judgment as follows:

1. That Plaintiff takes nothing;

2. For costs of suit herein;

3. For attorneys' fees to the extent available by law or contract; and

4. For such other and further relief as this Court may deem just and proper.

DATED: September 29, 2025

        COSGRAVE VERGEER KESTER LLP

        *s/ Timothy J. Fransen*
        Timothy J. Fransen, OSB No. 073938
        tfransen@cosgravelaw.com
        Telephone: 503-323-9000
        Facsimile: 503-323-9019

        Attorneys for Defendant Credence Resource Management, LLC

Page 11 - **DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC'S ANSWER AND AFFIRMATIVE DEFENSE TO SECOND AMENDED COMPLAINT** on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

| | |
|---|---|
| Gustavo Reynaga Bonilla<br>58730 Noble Court<br>Saint Helens, OR 97051<br>omegainterops@gmail.com<br><br>*Pro Se Plaintiff* | Robert E. Sabido<br>Sabido Law, LLC<br>8215 SW Tualatin Sherwood Rd., Ste. 218<br>Tualatin, OR 97062<br>robert@sabidolawllc.com<br><br>Jesse M. Tillman, III, Admitted *Pro Hac Vice*<br>Frost Echols LLC<br>224 Oakland Ave.<br>Rock Hill, SC 29730<br>jay.tillman@frostechols.com<br><br>*Attorneys for Defendant Waypoint Resource Group, LLC:* |

DATED: September 29, 2025

s/ *Timothy J. Fransen*
Timothy J. Fransen

Page 1 – **CERTIFICATE OF SERVICE**